In The United States District Court For
The District of Columbia

RAND PAUL, on behalf of himself
and all others similarly situated; et al.,

                Plaintiffs,

v.

BARACK H. OBAMA, et al.,

                Defendants.

Case: 1:14-cv-00262
Assigned To: Leon, Richard J.
Assign. Date: 2/18/2014
Description: Civil Rights (non. employ)

## ORDER

The Clerk of the Court is **HEREBY ORDERED** to accept as filed the Complaint of Plaintiff Rand Paul, et al, in this matter, which Complaint lists Plaintiff Paul's P.O. Box address in lieu of a residential address as set forth in D.D.C. L.Cv.R. 11.1.

_____
United States District Judge

Dated: 2/18/14

4