UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAND PAUL, et al., *on behalf of himself and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BARACK HUSSEIN OBAMA, et al., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 14-262 (RJL)<br>)<br>)<br>)<br>)<br>) |

**FILED**
FEB - 7 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Plaintiffs Rand Paul and Freedomworks, Inc. filed their amended complaint in the instant action on March 26, 2014, and filed a motion to certify a class of all others similarly situated on April 1, 2014. Defendants filed a motion to dismiss the first amended complaint and an opposition to class certification on May 2, 2014. This case was stayed pending the appeal of this court's order in a related case, Civil Action No. 13-cv-851, which was resolved on June 8, 2016. Since there had been no motion to lift the stay or other activity for nearly two years, this Court issued an Order on March 5, 2018, requiring plaintiff to show cause in writing, by April 4, 2018, as to why this case should not be dismissed for want of prosecution. Because the plaintiff has failed to respond to the Court's Order to Show Cause within the time prescribed, and upon due consideration of the entire record herein, it is, this _5th_ day of February, 2019, hereby

**ORDERED** that plaintiff's case is dismissed without prejudice pursuant to Local Civil Rule 83.23; and it is further

**ORDERED** that the Clerk, in addition to electronic notice, shall mail a paper copy of this Order to plaintiff's counsel of record with a return receipt requested, and shall mail a copy directly to plaintiffs at their address of record.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge